# JS-6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | |
|---|---|
| JACOB JESUS FERNANDEZ, an individual,<br><br>Plaintiff,<br><br>v.<br><br>BRINK'S INCORPORATED, a Delaware corporation, and DOES 1 through 20, Inclusive,,<br><br>Defendants. | Case No. 2:18-cv-010030 CJC (Ex)<br><br>**ORDER RE. STIPULATION TO SUBMIT MATTER TO ARBITRATION AND STAY PENDING LITIGATION**<br><br>Complaint Filed: October 24, 2018<br>Removal Date: November 30, 2018<br>Trial Date: None<br>District Judge: Hon. Cormac J. Carney<br>Courtroom 7C, West 1st<br>Magistrate Judge: Hon. Charles F. Eick<br>Courtroom 750, Roybal |

**GOOD CAUSE APPEARING THEREFOR, IT IS HEREBY ORDERED THAT** the above-entitled matter is ordered into binding and final arbitration pursuant to the Parties' binding arbitration agreement and stipulation.  IT IS FURTHER ORDERED that the above-entitled matter is stayed pending the binding and final arbitration.

SO ORDERED.

DATED:  December 14, 2018

_____
The Honorable Cormac J. Carney
Judge of the United States District Court

36686061.1

1   Case No. 2:18-cv-010030 CJC (Ex)
[PROPOSED] ORDER RE. STIPULATION TO SUBMIT
MATTER TO ARBITRATION AND STAY PENDING LITIGATION

Proposed Order.docx